UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> *Plaintiff*, <br><br> V. <br><br> MEGALOMEDIA, INC., <br> MEGALOMEDIA STUDIOS, LLC, <br> MEGALOMEDIA, LLC, <br> MANSFIELD FILMS, LLC, AND <br> DBA HOLDINGS, LLC <br><br> *Defendants*. | § § § § § § § § § § § § § § § Civil Action No. 4:20-cv-01644 |

## NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY-IN-CHARGE

Defendants Megalomedia, Inc., Megalomedia Studios, LLC, Megalomedia, LLC, Mansfield Films, LLC, and DBA Holdings, LLC ("Defendants") file this Notice of Appearance and Designation of Attorney-in-Charge, and respectfully shows the Court as follows:

Steve McConnico and Santosh Aravind, of the law firm of Scott Douglass & McConnico LLP, give notice of their appearance as counsel of record for Defendants. Pursuant to Local Rule 11, Mr. McConnico is designated attorney-in-charge for Defendants. His contact information is listed below.

Respectfully submitted,

By:   /s/ *Steve McConnico*
      Steve McConnico
      smcconnico@scottdoug.com
      Texas Bar No. 13450300
      S.D. Texas No. 2879
      Santosh Aravind
      saravind@scottdoug.com
      Texas Bar No. 24095052

4846-6531-3726

                S.D. Texas No. 2887372
                **SCOTT DOUGLASS & MCCONNICO, LLP**
                303 Colorado Street
                Suite 2400
                Austin, TX  78701
                (512) 495-6300
                (512) 495-6399 Fax

                ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of Defendants' Notice of Appearance and Designation of Attorney-in-Charge has been served on counsel of record by electronic mail and/or ECF on June 3, 2020:

Stephen A. Melendi
Matthew Rigney
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
stephenm@tbmmlaw.com
mattr@tbmmlaw.com

                /s/ *Santosh Aravind*
                Santosh Aravind