AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Megalomedia, Inc. et al.
v.
Philadelphia Indemnity Insurnace Company

Case No.: 4:20-cv-1644

## BILL OF COSTS

Judgment having been entered in the above entitled action on 10/20/2023 (*Date*) against Megalomedia, Inc. ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 5,527.20 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 2,399.96 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 14,823.66 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | 978.85 |
| TOTAL | $ 24,129.67 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: /s/ Matthew Rigney

Name of Attorney: Matthew Rigney

For: Philadelphia Indemnity Insurance Company (*Name of Claiming Party*) Date: 11/03/2023

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ *Clerk of Court* By: ______________ *Deputy Clerk* ______________ *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jennifer Costantini<br>Jensen Beach, Florida | | | 2 | 416.50 | | | $416.50 |
| Cinty Michaud<br>Austin, Texas | | | 1 | 225.50 | | | $225.50 |
| Don Stalnaker<br>Austin, Texas | | | 2 | 416.50 | | | $416.50 |
| Doug Killeen<br>Denver, Colorado | | | 3 | 607.50 | | 733.96 | $1,341.46 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $2,399.96 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print | Save As... | Reset

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Southern District of Texas

INVOICE 20230014

Stephen A. Melendi
TOLLEFSON BRADLEY BALL MITCHELL, LLP
2811 McKinney Avenue
Dallas, TX 75204
(214) 665-0100
stephenm@tbmlaw.com

**MAKE CHECKS PAYABLE TO:**
Gayle Dye Reporting, Inc.
United States Court Reporter
10306 Springland Court
Houston, TX 77065
(713) 250-5582

__ CRIMINAL  X CIVIL

DATE ORDERED: 03-01-2023

DATE DELIVERED: 03-03-2023

**In the matter of:** 20-1644, Megalomedia, Inc., et. al. v Philadelphia Indemnity Insurance Company

Pretrial - 2-17-2023
Bench Trial - 2-21-2023 - 2-23-2023
Bennett

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 348 | 4.85 | 1687.80 | 348 | 0.90 | 313.20 | | | | 2001.00 |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 2001.00 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| **Date:** 02-28-2023 | | | **Check:** | | | | | | Less Amount of Deposit | 2000.00 |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 0.00 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 03-03-2023

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

Planet Depos
We Make It Happen™

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 450544 | 11/12/2021 | 409769 |
| **Job Date** | **Case No.** | |
| 10/28/2021 | 4:20-cv-01644 | |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al. | | |
| **Payment Terms** | | |
| 600.017 | Due upon receipt | |

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Doug Killeen, Corporate Representative | 155.00 | Pages | 542.50 |
| Processing Fee | 1.00 | | 40.00 |
| | **TOTAL DUE >>>** | | **$582.50** |

TABS ☐

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed. Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

ENTERED

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

Invoice No. : 450544
Invoice Date : 11/12/2021
**Total Due : $582.50**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 409769
BU ID : 32-AUDTR
Case No. : 4:20-cv-01644
Case Name : Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al.

# INVOICE



Planet Depos
We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 452532 | 11/17/2021 | 409769 |
| **Job Date** | **Case No.** | |
| 10/28/2021 | 4:20-cv-01644 | |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al. | | |
| **Payment Terms** | | |
| 600.017 | Due upon receipt | |

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

Exhibits
Doug Killeen, Corporate Representative
Exhibits

| | | |
|---|---|---|
| 152.00 | Pages | 60.80 |
| **TOTAL DUE** | **>>>** | **$60.80** |

TABS ☐

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed. Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

ENTERED

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

Invoice No. : 452532
Invoice Date : 11/17/2021
**Total Due : $60.80**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 409769
BU ID : 32-AUDTR
Case No. : 4:20-cv-01644
Case Name : Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al.

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

Bill To: Gracie Solis
Tollefson Bradley Mitchell & Melendi LLP
2811 McKinney Ave.
Suite 250
Dallas, TX, 75204

600.017

| | |
|---|---|
| **Invoice #:** | **6214492** |
| **Invoice Date:** | **12/5/2022** |
| **Balance Due:** | **$671.95** |

**Case: Philadelphia Indemnity Insurance Company v. Megalomedia, Inc. Et Al. (4:30cv01644)** — **Proceeding Type: Depositions**

Job #: 4588772 | Job Date: 5/27/2021 | Delivery: Normal

Location: Austin, TX

Billing Atty: Gracie Solis

Scheduling Atty: Santosh Aravind | Scott Douglass & McConnico LLP

| **Witness: Nancy Allen** | **Amount** |
|---|---|
| Transcript Services - Certified Transcript | $671.95 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$671.95** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$671.95** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

ENTERED

TABS

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **6214492**
**Invoice Date:** **12/5/2022**
**Balance Due:** **$671.95**

81648

# INVOICE



Planet Depos
We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448741 | 11/9/2021 | 408195 |
| **Job Date** | **Case No.** | |
| 10/21/2021 | 4:20-cv-01644 | |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Jason Namath McKinley, Corporate Designee | 131.00 | Pages | 687.75 |
| Attendance | 2.50 | | 125.00 |
| Exhibits | 95.00 | Pages | 38.00 |
| Processing Fee | 1.00 | | 40.00 |
| Shipping & Handling | 1.00 | | 40.00 |
| | **TOTAL DUE >>>** | | **$930.75** |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed. Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

Invoice No. : 448741
Invoice Date : 11/9/2021
**Total Due : $930.75**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 408195
BU ID : 32-AUDTR
Case No. : 4:20-cv-01644
Case Name : Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al.

# INVOICE



Planet Depos
We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448741 | 11/9/2021 | 408195 |
| **Job Date** | **Case No.** | |
| 10/21/2021 | 4:20-cv-01644 | |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

**(=) New Balance:** **$930.75**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

Invoice No. : 448741
Invoice Date : 11/9/2021
**Total Due** : **$930.75**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 408195
BU ID : 32-AUDTR
Case No. : 4:20-cv-01644
Case Name : Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al.

# INVOICE



Planet Depos
We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 452314 | 11/22/2021 | 410890 |
| **Job Date** | **Case No.** | |
| 11/3/2021 | 4:20-cv-01644 | |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

| | | | |
| --- | --- | --- | --- |
| TRANSCRIPT WITH INDEX OF: | | | |
| Toni Westberry, Designated Representative | | | 1,006.00 |
| Attendance | 3.00 | | 150.00 |
| Exhibits | 113.00 | Pages | 45.20 |
| Processing Fee | 1.00 | | 40.00 |
| Shipping & Handling | 1.00 | | 40.00 |
| | **TOTAL DUE** | **>>>** | **$1,281.20** |

Due upon receipt and is not contingent on client payment.

***ATTENTION***
Our remittance address and wire information has changed. Please note our new remittance address below:
PO BOX 791571
Baltimore, MD 21279-1571

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Stephen A. Melendi, Esquire
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250

Dallas, TX 75204

Invoice No. : 452314
Invoice Date : 11/22/2021
**Total Due : $1,281.20**

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 410890
BU ID : 32-AUDTR
Case No. : 4:20-cv-01644
Case Name : Philadelphia Indemnity Insurance Company -v- Megalomedia, Inc, et al.

Victory Document Services, Inc.
P.O. Box 190508
Dallas, TX 75219
214-219-2679

| Date | Invoice # |
|---|---|
| 5/17/2021 | 22718 |

Tax ID# 33-1044051

| Bill To: |
|---|
| Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Ave, Suite 250<br>Dallas, TX 75204 |

| Ordered By | Client Matter # | Rep | Due Date | Job ID |
|---|---|---|---|---|
| Shelia | 600.017 | JD | 6/1/2021 | 202105034 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Blowbacks | Paper copies from digital file, count may include colored slip sheets with DocID. | 2,834 | 0.135 | 382.59T |

T

TABS ☐

ENTERED

Received by:

| | |
|---|---|
| **Subtotal** | $382.59 |
| **Sales Tax (8.25%)** | $31.56 |
| **Total** | $414.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $414.15 |

CC

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203

AB Litigation SERVICES

Stephen Melendi, Esq.
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250
Dallas, TX 75204

## *Invoice #307814*

| Date | Terms |
|---|---|
| 08/27/2021 | Due Upon Receipt |

600.017

**Assignment #205592 on 08/25/2021**

**Billing Reference:** File #600.017
**Case:** Philadelphia Indemnity v. Megalomdedia Inc
**Case Number#:** 4:20-cv-01644

**Shipped On:**
**Shipped Via:** Email
**Delivery Type:** 2 day Expedite

| Description | | | Amount |
|---|---|---|---|
| **Copy/Scan Job** | | | |
| B&W Blowback | | | $ 3,284.40 |
| | | | $ 3,284.40 |
| **Other** | | | |
| Delivery or Pickup/ Expedited Courier | | | $ 200.00 |
| | | | $ 200.00 |

TABS ☐

| | |
|---|---|
| Subtotal: | $ 3,484.40 |
| State Tax 2.9%: | $ 95.25 |
| Local Tax 5.91%: | $ 194.11 |
| Amount Due: | $ 3,773.76 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 3,773.76** |
| **Payment Due:** | **09/24/2021** |

****Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**

---

**Tax ID 84-1334569**
**Invoice No. : 307814**
**Job No. : 205592**
**Amount Due: $ 3,773.76**

**Remit To: AB Litigation Services**
**216 16th Street, Suite 600**
**Denver, CO 80202**

**Payment by electronic check or credit card may be made here: http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

CC

**Sheri Owen**

| | |
|---|---|
| **From:** | Mersey Morales |
| **Sent:** | Tuesday, February 7, 2023 9:43 AM |
| **To:** | Sheri Owen |
| **Subject:** | FW: eReceipt Mail Box Plus of Jensen Beach - Receipt for Philadelphia/Megalomedia (600.017) |

Good morning, Sheri!

Below, please find a receipt related to trial preparations in the Megalomedia case (600.017). Matt requested printing services in Florida to prepare a witness. Please let me know if you need additional information about this transaction.

Thank you!
Mersey

**From:** MAIL BOX PLUS OF JENSEN BEACH <mailserver@notify.postalmate.net>
**Sent:** Monday, February 6, 2023 4:17 PM
**To:** Mersey Morales <merseym@tbmmlaw.com>
**Subject:** eReceipt Mail Box Plus of Jensen Beach

**e-Receipt**

TABS ☐

```
MAIL BOX PLUS OF JENSEN BEACH
1820 NE JENSEN BEACH BLVD
JENSEN BEACH, FL 34957
772-334-5200
jensenbeachshipping@gmail.com

Print or Lega   453 @ 0.30      135.90
Delivery                         10.00 TX
BUSINESS SERVICES                 5.00

     SUBTOTAL                   150.90
     TAX
     State Tax on 10.00           0.60
     Local Tax on 10.00           0.05
     TOTAL                      151.55
TEND MasterCard                 151.55

Total shipments: 0
Mersey Morales
                                02/06/2023
#97027                            05:16 PM
Workstation: 4 - Auxiliary Workstation 4
CCTran# 96a2d270-724a-4e93-b7bf-
101b7b4f71e0
```

Victory Document Services, Inc.
P.O. Box 190508
Dallas, TX 75219
214-219-2679

| Date | Invoice # |
|---|---|
| 2/16/2023 | 23663 |

Tax ID# 33-1044051

| Bill To: |
|---|
| Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Ave. Suite 250<br>Dallas, TX 75204 |

| Ordered By | Client Matter # | Rep | Due Date | Job ID |
|---|---|---|---|---|
| Mersey Morales | 600.017 | JD | 3/3/2023 | 202302025 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Blowbacks | Paper copies from digital file, count may include colored slip sheets with DocID. | 2,898 | 0.165 | 478.17T |
| | 24 Hour Overnight RUSH Service | | | |
| | Copies for Megllomedia Federal Trial - Plaintiff's Exhibits | | | |

TABS ☐

ENTERED

Received by:

| | |
|---|---|
| Subtotal | $478.17 |
| Sales Tax (8.25%) | $39.45 |
| Total | $517.62 |
| Payments/Credits | $0.00 |
| Balance Due | $517.62 |

Victory Document Services, Inc.
P.O. Box 190508
Dallas, TX 75219
214-219-2679

| Date | Invoice # |
|---|---|
| 2/16/2023 | 23662 |

Tax ID# 33-1044051

Bill To:

Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave, Suite 250
Dallas, TX 75204

| Ordered By | Client Matter # | Rep | Due Date | Job ID |
|---|---|---|---|---|
| Mersey Morales | 600.017 | JD | 3/3/2023 | 202302023 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Blowbacks | Paper copies from digital file, count may include colored slip sheets with DocID.<br><br>24 Hour Overnight RUSH Service<br><br>Copies for Megalomedia Federal Trial - Defendant's Exhibits | 55,800 | 0.165 | 9,207.00T |

Received by:

| | |
|---|---|
| **Subtotal** | $9,207.00 |
| **Sales Tax (8.25%)** | $759.58 |
| **Total** | $9,966.58 |
| **Payments/Credits** | -$9,966.58 |
| **Balance Due** | $0.00 |

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 650351 | 6/10/2021 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.001 | 5/24/2021 | 4:20-CV-01644 |

**Case Name**

Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al

**Records Pertaining To**

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| AON / ALBERT G. RUBEN INSURANCE SERVICES, INC.<br>CUSTODIAN OF RECORDS.<br>C/O CORPORATION SERVICE COMPANY (CSC)<br>211 E. 7TH STREET, STE 620<br>AUSTIN, TX 78701 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| **TOTAL DUE >>>** | **$67.00** |

Billed for work completed.

TABS ☐ ENTERED

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.001 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 650351 Invoice Date : 6/10/2021
**Total Due : $ 67.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1755 Whittington Place, Suite 750**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: ______
Card Number: ______
Exp. Date: ______ Phone#: ______
Billing Address: ______
Zip: ______ Card Security Code: ______
Amount to Charge: ______
Cardholder's Signature:

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 650352 | 6/10/2021 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.002 | 5/24/2021 | 4:20-CV-01644 |

**Case Name**

Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al

**Records Pertaining To**

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NFP CORP, FOR ITS ACQUISTIION MCKINLEY & DI MARCO INSURANCE SERVICES, INC. CUSTODIAN OF RECORDS. C/O CT CORPORATION SYSTEM 1999 BRYAN STREET, STE 900 DALLAS, TX 75201 | Stephen A. Melendi Tollefson Bradley Mitchell & Melendi, LLP 2811 McKinney Avenue, Suite 250 West Dallas, TX 75204 | Client Matter No.: 600.017 Claim No.: Insured: D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| **TOTAL DUE >>>** | **$67.00** |

Billed for work completed.

TABS ENTERED

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.002 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 650352 Invoice Date : 6/10/2021
**Total Due : $ 67.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1755 Whittington Place, Suite 750**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 650353 | 6/10/2021 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.003 | 5/24/2021 | 4:20-CV-01644 |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al | | |
| **Records Pertaining To** | | |
| PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA | | |

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| MIB INSURANCE SERVICES, INC.<br>Medical Records<br>111 N. SEPULVEDA BLVD, STE 245<br>MANHATTAN BEACH, CA 90266 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| CERTIFIED MAIL | 9.95 |
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| WITNESS FEE | 40.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| **TOTAL DUE >>>** | **$116.95** |

ENTERED

Billed for work completed.

TABS

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Order No. : 71217.003 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 650353 Invoice Date : 6/10/2021
**Total Due : $ 116.95**

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name: __________
Card Number: __________
Exp. Date: ______ Phone#: ______
Billing Address: __________
Zip: ______ Card Security Code: ______
Amount to Charge: __________
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1755 Whittington Place, Suite 750**
**Dallas, TX 75234**

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 650354 | 6/10/2021 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.004 | 5/24/2021 | 4:20-CV-01644 |

**Case Name**

Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al

**Records Pertaining To**

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>CLAIMS RECORDS<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN STREET, STE 900<br>DALLAS, TX 75201 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| **TOTAL DUE >>>** | **$67.00** |

Billed for work completed.

ENTERED

TABS

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.004 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 650354 Invoice Date : 6/10/2021
**Total Due : $ 67.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1755 Whittington Place, Suite 750**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 650355 | 6/10/2021 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.005 | 5/24/2021 | 4:20-CV-01644 |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al | | |
| **Records Pertaining To** | | |
| PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA | | |

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GREAT DIVIDE INSURANCE COMPANY<br>REGULATORY DEPARTMENT<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN STREET, STE 900<br>DALLAS, TX 75201 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| **TOTAL DUE >>>** | **$67.00** |

Billed for work completed.

ENTERED

TABS

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.005 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 650355 Invoice Date : 6/10/2021
**Total Due : $ 67.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1755 Whittington Place, Suite 750**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 672159 | 12/15/2021 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.007 | 7/6/2021 | 4:20-CV-01644 |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al | | |
| **Records Pertaining To** | | |
| PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA | | |

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| MIB INSURANCE SERVICES, INC.<br>Medical Records<br>111 N. SEPULVEDA BLVD, STE 245<br>MANHATTAN BEACH, CA 90266 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| WITNESS FEE | 40.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| CERTIFIED MAIL | 10.95 |
| **TOTAL DUE >>>** | **$117.95** |

ENTERED

Billed for work completed.

TABS

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.007 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 672159 Invoice Date : 12/15/2021
**Total Due : $ 117.95**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1755 Whittington Place, Suite 750**
**Dallas, TX 75234**

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 676540 | 1/21/2022 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.006 | 7/6/2021 | 4:20-CV-01644 |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al | | |
| **Records Pertaining To** | | |
| PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA | | |

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| AON / ALBERT G. RUBEN INSURANCE SERVICES, INC.<br>CUSTODIAN OF RECORDS.<br>C/O CORPORATION SERVICE COMPANY (CSC)<br>211 E. 7TH STREET, STE 620<br>AUSTIN, TX 78701 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| WITNESS FEE | 40.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| OVERNIGHT - STANDARD | 19.95 |
| PROCESS SERVICE | 65.00 |
| **TOTAL DUE >>>** | **$191.95** |

TABS ☐

Billed for work completed.

ENTERED

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.006 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 676540 Invoice Date : 1/21/2022
**Total Due : $ 191.95**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1755 Whittington Place, Suite 750**
**Dallas, TX 75234**

# INVOICE

WDSLegal
The Service of Excellence

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 708184 | 9/30/2022 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.008 | 7/6/2021 | 4:20-CV-01644 |

**Case Name**

Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al

**Records Pertaining To**

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>CLAIMS RECORDS<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN STREET, STE 900<br>DALLAS, TX 75201 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| WITNESS FEE | 40.00 |
| HAND SERVICE OF SUBPOENA | 35.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| **TOTAL DUE >>>** | **$142.00** |

Billed for work completed.

TABS ENTERED

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.008 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 708184 Invoice Date : 9/30/2022
**Total Due : $ 142.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Brown/972-488-5555 x223**
**1755 Wittington Place, Suite 750**
**Dallas, TX 75234**

# INVOICE

WDSLegal
The Service of Excellence

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 708185 | 9/30/2022 | |
| **Order No.** | **Order Date** | **Case No.** |
| 71217.009 | 7/6/2021 | 4:20-CV-01644 |
| **Case Name** | | |
| Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al | | |
| **Records Pertaining To** | | |
| PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA | | |

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GREAT DIVIDE INSURANCE COMPANY<br>REGULATORY DEPARTMENT<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN STREET, STE 900<br>DALLAS, TX 75201 | Stephen A. Melendi<br>Tollefson Bradley Mitchell & Melendi, LLP<br>2811 McKinney Avenue, Suite 250 West<br>Dallas, TX 75204 | Client Matter No.: 600.017<br>Claim No.:<br>Insured:<br>D/O/L: |

PHILADELPHIA INDEMNITY INSURANCE VS. MEGALOMEDIA (Client Record Scope)

| | |
|---|---|
| SUBPOENA FEE/WRITTEN QUESTIONS | 55.00 |
| WITNESS FEE | 40.00 |
| HAND SERVICE OF SUBPOENA | 35.00 |
| ATTY NOTIFICATION FEE | 12.00 |
| **TOTAL DUE >>>** | **$142.00** |

Billed for work completed.

TABS

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Stephen A. Melendi
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204

Order No. : 71217.009 BU ID : 1-MAIN
Case No. : 4:20-CV-01644
Case Name : Philadelphia Indemnity Insurance Company vs. Megalomedia, Inc., et al
Invoice No. : 708185 Invoice Date : 9/30/2022
**Total Due : $ 142.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Brown/972-488-5555 x223**
**1755 Wittington Place, Suite 750**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

Jennifer Costantini
TX

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 313063 | |
| Folio ID | : | A | |
| Arrive Date | : | 21-FEB-23 | 19:57 |
| Depart Date | : | 24-FEB-23 | 09:48 |
| No. Of Guest | : | 1 | |
| Room Number | : | 513 | |
| Marriott Bonvoy Number : | | | |

Magnolia Houst HOUMG FEB-24-2023 10:50 EARROG

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 21-FEB-23 | RT513 | Room Chrg - Special Corp | 238.00 | |
| 21-FEB-23 | RT513 | State Occupancy Tax | 14.28 | |
| 21-FEB-23 | RT513 | County Tax | 4.76 | |
| 21-FEB-23 | RT513 | City/Local Tax | 16.66 | |
| 21-FEB-23 | RT513 | Occupancy/Tourism | 4.76 | |
| 21-FEB-23 | RT513 | State Recovery Fee | 1.10 | |
| 21-FEB-23 | RT513 | State Occupancy Tax | 0.07 | |
| 21-FEB-23 | RT513 | County Tax | 0.02 | |
| 21-FEB-23 | RT513 | City/Local Tax | 0.08 | |
| 21-FEB-23 | RT513 | Occupancy/Tourism | 0.02 | |
| 22-FEB-23 | RT513 | Room Chrg - Special Corp | 238.00 | |
| 22-FEB-23 | RT513 | State Occupancy Tax | 14.28 | |
| 22-FEB-23 | RT513 | County Tax | 4.76 | |
| 22-FEB-23 | RT513 | City/Local Tax | 16.66 | |
| 22-FEB-23 | RT513 | Occupancy/Tourism | 4.76 | |
| 22-FEB-23 | RT513 | State Recovery Fee | 1.10 | |
| 22-FEB-23 | RT513 | State Occupancy Tax | 0.07 | |
| 22-FEB-23 | RT513 | County Tax | 0.02 | |
| 22-FEB-23 | RT513 | City/Local Tax | 0.08 | |
| 22-FEB-23 | RT513 | Occupancy/Tourism | 0.02 | |
| 23-FEB-23 | 3083 | In Room Dining | 37.04 | |
| 23-FEB-23 | 3083 | State Tax | 3.06 | |
| 23-FEB-23 | RT513 | Room Chrg - Special Corp | 238.00 | |
| 23-FEB-23 | RT513 | State Occupancy Tax | 14.28 | |
| 23-FEB-23 | RT513 | County Tax | 4.76 | |

Continued on the next page

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

Jennifer Costantini
TX

| | | | |
|---|---|---|---|
| Page Number | : | 2 | |
| Guest Number | : | 313063 | |
| Folio ID | : | A | |
| Arrive Date | : | 21-FEB-23 | 19:57 |
| Depart Date | : | 24-FEB-23 | 09:48 |
| No. Of Guest | : | 1 | |
| Room Number | : | 513 | |
| Marriott Bonvoy Number : | | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 23-FEB-23 | RT513 | City/Local Tax | 16.66 | |
| 23-FEB-23 | RT513 | Occupancy/Tourism | 4.76 | |
| 23-FEB-23 | RT513 | State Recovery Fee | 1.10 | |
| 23-FEB-23 | RT513 | State Occupancy Tax | 0.07 | |
| 23-FEB-23 | RT513 | County Tax | 0.02 | |
| 23-FEB-23 | RT513 | City/Local Tax | 0.08 | |
| 23-FEB-23 | RT513 | Occupancy/Tourism | 0.02 | |
| 24-FEB-23 | VI | Visa-5135 | | -879.35 |
| | | ** Total | 879.35 | -879.35 |
| | | *** Balance | -0.00 | |

Continued on the next page

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

Jennifer Costantini
TX

| | | | |
|---|---|---|---|
| Page Number | : | 3 | |
| Guest Number | : | 313063 | |
| Folio ID | : | A | |
| Arrive Date | : | 21-FEB-23 | 19:57 |
| Depart Date | : | 24-FEB-23 | 09:48 |
| No. Of Guest | : | 1 | |
| Room Number | : | 513 | |
| Marriott Bonvoy Number | : | | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 02-21-2023 | 0.00 | 0.00 | 0.00 | 279.75 | 279.75 | 0.00 |
| 02-22-2023 | 0.00 | 0.00 | 0.00 | 279.75 | 279.75 | 0.00 |
| 02-23-2023 | 0.00 | 0.00 | 0.00 | 319.85 | 319.85 | 0.00 |
| 02-24-2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -879.35 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 879.35 | 879.35 | -879.35 |

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON
TRIBUTE PORTFOLIO

Cindy Michaud
TX

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 313061 | |
| Folio ID | : | A | |
| Arrive Date | : | 21-FEB-23 | 16:32 |
| Depart Date | : | 22-FEB-23 | 10:52 |
| No. Of Guest | : | 1 | |
| Room Number | : | 1413 | |
| Marriott Bonvoy Number : | | | |

Magnolia Houst HOUMG FEB-22-2023 12:00 MICMED

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 21-FEB-23 | RT1413 | Room Chrg - Special Corp | 238.00 | |
| 21-FEB-23 | RT1413 | State Occupancy Tax | 14.28 | |
| 21-FEB-23 | RT1413 | County Tax | 4.76 | |
| 21-FEB-23 | RT1413 | City/Local Tax | 16.66 | |
| 21-FEB-23 | RT1413 | Occupancy/Tourism | 4.76 | |
| 21-FEB-23 | RT1413 | State Recovery Fee | 1.10 | |
| 21-FEB-23 | RT1413 | State Occupancy Tax | 0.07 | |
| 21-FEB-23 | RT1413 | County Tax | 0.02 | |
| 21-FEB-23 | RT1413 | City/Local Tax | 0.08 | |
| 21-FEB-23 | RT1413 | Occupancy/Tourism | 0.02 | |
| 22-FEB-23 | VI | Visa-5135 | | -279.75 |
| | | ** Total | 279.75 | -279.75 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

Cindy Michaud
TX

| | | | |
|---|---|---|---|
| Page Number | : | 2 | |
| Guest Number | : | 313061 | |
| Folio ID | : | A | |
| Arrive Date | : | 21-FEB-23 | 16:32 |
| Depart Date | : | 22-FEB-23 | 10:52 |
| No. Of Guest | : | 1 | |
| Room Number | : | 1413 | |
| Marriott Bonvoy Number : | | | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 02-21-2023 | 0.00 | 0.00 | 0.00 | 279.75 | 279.75 | 0.00 |
| 02-22-2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -279.75 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 279.75 | 279.75 | -279.75 |

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

Don Stalnaker
TX

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 313062 | |
| Folio ID | : | A | |
| Arrive Date | : | 20-FEB-23 | 14:01 |
| Depart Date | : | 22-FEB-23 | 09:55 |
| No. Of Guest | : | 1 | |
| Room Number | : | 1007 | |
| Marriott Bonvoy Number : | | | |

Magnolia Houst HOUMG FEB-22-2023 11:00 EARROG

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-FEB-23 | 111037 | Valet Overnight Weekday | 45.00 | |
| 20-FEB-23 | 111037 | State Sales Tax | 3.71 | |
| 20-FEB-23 | RT1007 | Room Chrg - Special Corp | 238.00 | |
| 20-FEB-23 | RT1007 | State Occupancy Tax | 14.28 | |
| 20-FEB-23 | RT1007 | County Tax | 4.76 | |
| 20-FEB-23 | RT1007 | City/Local Tax | 16.66 | |
| 20-FEB-23 | RT1007 | Occupancy/Tourism | 4.76 | |
| 20-FEB-23 | RT1007 | State Recovery Fee | 1.10 | |
| 20-FEB-23 | RT1007 | State Occupancy Tax | 0.07 | |
| 20-FEB-23 | RT1007 | County Tax | 0.02 | |
| 20-FEB-23 | RT1007 | City/Local Tax | 0.08 | |
| 20-FEB-23 | RT1007 | Occupancy/Tourism | 0.02 | |
| 21-FEB-23 | 1036 | The Lounge | 26.60 | |
| 21-FEB-23 | 111037 | Valet Overnight Weekday | 45.00 | |
| 21-FEB-23 | 111037 | State Sales Tax | 3.71 | |
| 21-FEB-23 | RT1007 | Room Chrg - Special Corp | 238.00 | |
| 21-FEB-23 | RT1007 | State Occupancy Tax | 14.28 | |
| 21-FEB-23 | RT1007 | County Tax | 4.76 | |
| 21-FEB-23 | RT1007 | City/Local Tax | 16.66 | |
| 21-FEB-23 | RT1007 | Occupancy/Tourism | 4.76 | |
| 21-FEB-23 | RT1007 | State Recovery Fee | 1.10 | |
| 21-FEB-23 | RT1007 | State Occupancy Tax | 0.07 | |
| 21-FEB-23 | RT1007 | County Tax | 0.02 | |
| 21-FEB-23 | RT1007 | City/Local Tax | 0.08 | |
| 21-FEB-23 | RT1007 | Occupancy/Tourism | 0.02 | |

Continued on the next page

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON
TRIBUTE PORTFOLIO

Don Stalnaker
TX

| | | | |
|---|---|---|---|
| Page Number | : | 2 | |
| Guest Number | : | 313062 | |
| Folio ID | : | A | |
| Arrive Date | : | 20-FEB-23 | 14:01 |
| Depart Date | : | 22-FEB-23 | 09:55 |
| No. Of Guest | : | 1 | |
| Room Number | : | 1007 | |
| Marriott Bonvoy Number : | | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 22-FEB-23 | 3032 | The Lounge | 26.60 | |
| 22-FEB-23 | VI | Visa-5135 | | -710.12 |

Approve EMV Receipt for VI - 7778: Signature Captured
TC:4C12A7857E6AB3DB IAD:06011203609000 TVR:8080008000
AID:A0000000031010 Application Label:VISA CREDIT

| | | |
|---|---|---|
| ** Total | 710.12 | -710.12 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

Don Stalnaker
TX

| | | | |
|---|---|---|---|
| Page Number | : | 3 | |
| Guest Number | : | 313062 | |
| Folio ID | : | A | |
| Arrive Date | : | 20-FEB-23 | 14:01 |
| Depart Date | : | 22-FEB-23 | 09:55 |
| No. Of Guest | : | 1 | |
| Room Number | : | 1007 | |
| Marriott Bonvoy Number : | | | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 02-20-2023 | 0.00 | 0.00 | 0.00 | 328.46 | 328.46 | 0.00 |
| 02-21-2023 | 0.00 | 0.00 | 0.00 | 355.06 | 355.06 | 0.00 |
| 02-22-2023 | 0.00 | 0.00 | 0.00 | 26.60 | 26.60 | -710.12 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 710.12 | 710.12 | -710.12 |

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

DOUG KILLEEN
TX

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 313060 | |
| Folio ID | : | A | |
| Arrive Date | : | 20-FEB-23 | 14:36 |
| Depart Date | : | 23-FEB-23 | 08:19 |
| No. Of Guest | : | 1 | |
| Room Number | : | 710 | |
| Marriott Bonvoy Number : | | | |

Magnolia Houst HOUMG FEB-23-2023 09:20 EARROG

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-FEB-23 | RT710 | Room Chrg - Special Corp | 238.00 | |
| 20-FEB-23 | RT710 | State Occupancy Tax | 14.28 | |
| 20-FEB-23 | RT710 | County Tax | 4.76 | |
| 20-FEB-23 | RT710 | City/Local Tax | 16.66 | |
| 20-FEB-23 | RT710 | Occupancy/Tourism | 4.76 | |
| 20-FEB-23 | RT710 | State Recovery Fee | 1.10 | |
| 20-FEB-23 | RT710 | State Occupancy Tax | 0.07 | |
| 20-FEB-23 | RT710 | County Tax | 0.02 | |
| 20-FEB-23 | RT710 | City/Local Tax | 0.08 | |
| 20-FEB-23 | RT710 | Occupancy/Tourism | 0.02 | |
| 21-FEB-23 | 1093 | The Lounge | 20.00 | |
| 21-FEB-23 | RT710 | Room Chrg - Special Corp | 238.00 | |
| 21-FEB-23 | RT710 | State Occupancy Tax | 14.28 | |
| 21-FEB-23 | RT710 | County Tax | 4.76 | |
| 21-FEB-23 | RT710 | City/Local Tax | 16.66 | |
| 21-FEB-23 | RT710 | Occupancy/Tourism | 4.76 | |
| 21-FEB-23 | RT710 | State Recovery Fee | 1.10 | |
| 21-FEB-23 | RT710 | State Occupancy Tax | 0.07 | |
| 21-FEB-23 | RT710 | County Tax | 0.02 | |
| 21-FEB-23 | RT710 | City/Local Tax | 0.08 | |
| 21-FEB-23 | RT710 | Occupancy/Tourism | 0.02 | |
| 22-FEB-23 | 3032 | The Lounge | 24.28 | |
| 22-FEB-23 | 3035 | The Lounge | 20.00 | |
| 22-FEB-23 | 3032 | The Lounge | | -24.28 |
| 22-FEB-23 | RT710 | Room Chrg - Special Corp | 238.00 | |

Continued on the next page

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

DOUG KILLEEN
TX

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 313060 |
| Folio ID | : | A |
| Arrive Date | : | 20-FEB-23 14:36 |
| Depart Date | : | 23-FEB-23 08:19 |
| No. Of Guest | : | 1 |
| Room Number | : | 710 |
| Marriott Bonvoy Number | : | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 22-FEB-23 | RT710 | State Occupancy Tax | 14.28 | |
| 22-FEB-23 | RT710 | County Tax | 4.76 | |
| 22-FEB-23 | RT710 | City/Local Tax | 16.66 | |
| 22-FEB-23 | RT710 | Occupancy/Tourism | 4.76 | |
| 22-FEB-23 | RT710 | State Recovery Fee | 1.10 | |
| 22-FEB-23 | RT710 | State Occupancy Tax | 0.07 | |
| 22-FEB-23 | RT710 | County Tax | 0.02 | |
| 22-FEB-23 | RT710 | City/Local Tax | 0.08 | |
| 22-FEB-23 | RT710 | Occupancy/Tourism | 0.02 | |
| 23-FEB-23 | VI | Visa-5135 | | -879.25 |
| | | ** Total | 903.53 | -903.53 |
| | | *** Balance | 0.00 | |

Continued on the next page

Magnolia Hotel Houston
1100 Texas Avenue
Houston, TX 77002
United States
Tel: 713 221 0011 Fax: 713 221 0022

MAGNOLIA
HOUSTON

TRIBUTE PORTFOLIO

DOUG KILLEEN
TX

| | | | |
|---|---|---|---|
| Page Number | : | 3 | |
| Guest Number | : | 313060 | |
| Folio ID | : | A | |
| Arrive Date | : | 20-FEB-23 | 14:36 |
| Depart Date | : | 23-FEB-23 | 08:19 |
| No. Of Guest | : | 1 | |
| Room Number | : | 710 | |
| Marriott Bonvoy Number : | | | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 02-20-2023 | 0.00 | 0.00 | 0.00 | 279.75 | 279.75 | 0.00 |
| 02-21-2023 | 0.00 | 0.00 | 0.00 | 299.75 | 299.75 | 0.00 |
| 02-22-2023 | 0.00 | 0.00 | 0.00 | 299.75 | 299.75 | 0.00 |
| 02-23-2023 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -879.25 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 879.25 | 879.25 | -879.25 |

**Killeen, Douglas**

**From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
**Sent:** Monday, February 13, 2023 3:39 PM
**To:** Killeen, Douglas
**Subject:** You're going to Houston (Bush) on 02/20 (3Z9Y34)!

**CAUTION:** Be mindful prior to opening non-TMNA attachments and/or links.

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

Southwest **Manage Flight** | **Flight Status** | **My Account**

## Hi Douglas Andrew,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**FEBRUARY 20**

# DEN ✈ IAH

Denver to Houston (Bush)

Confirmation # **3Z9Y34**

Confirmation date: 02/13/2023

| | |
|---|---|
| **PASSENGER** | **Douglas Andrew Killeen** |
| RAPID REWARDS # | 594311675 |
| TICKET # | 5262419758623 |
| EST. POINTS EARNED | 3,936 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Monday, 02/20/2023 Est. Travel Time: **2h 25m** Anytime

| FLIGHT | DEPARTS | | ARRIVES |
|---|---|---|---|
| **# 1702** | **DEN 10:45**AM<br>Denver | ✈ | **IAH 02:10**PM<br>Houston (Bush) |

# Payment information

## Total cost

**Air - 3Z9Y34**

| | | |
|---|---|---|
| Base Fare | $ | 393.56 |
| U.S. Transportation Tax | $ | 29.52 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Flight Segment Tax | $ | 4.80 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| **Total** | **$** | **437.98** |

## Payment

**Flight Credit 45IY9A**
Date: February 13, 2023

**Payment Amount: $28.00**

**Flight Credit 3CCD3D**
Date: February 13, 2023

**Payment Amount: $132.00**

**Flight Credit 2KPP4Y**
Date: February 13, 2023

**Payment Amount: $277.98**

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262419758623

# All your perks, all in one place. (Plus a few reminders.)

**Anytime fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, 10X Rapid Rewards® points, and EarlyBird automatic check-in[10] now included (New!). If you need to cancel your flight, no worries, Anytime fares are refundable.[8] Learn more.

Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a transferable flight credit.[6]

# Prepare for takeoff

## Use our app to make changes to your trip, get a boarding pass, & more.

Download app now

Download app now

**Killeen, Douglas**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> |
| **Sent:** | Tuesday, February 21, 2023 4:54 PM |
| **To:** | Killeen, Douglas |
| **Subject:** | Douglas Andrew Killeen's 02/23 Denver trip (4IMCQ8): Your change is confirmed. |

**CAUTION:** Be mindful prior to opening non-TMNA attachments and/or links.

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

Southwest

**Manage Flight** | **Flight Status** | **My Account**

## Hi Douglas Andrew,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**FEBRUARY 23**

# HOU ✈ DEN

Houston (Hobby) to Denver

Confirmation # **4IMCQ8**

Confirmation date: 02/21/2023

| | |
|---|---|
| **PASSENGER** | **Douglas Andrew Killeen** |
| RAPID REWARDS # | 594311675 |
| TICKET # | 5262422922322 |
| EST. POINTS EARNED | 1,569 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Thursday, 02/23/2023 Est. Travel Time: **2h 35m** Wanna Get Away®

| FLIGHT | DEPARTS | | ARRIVES |
|---|---|---|---|
| **# 0039** | **HOU 06:10**PM<br>Houston (Hobby) | ✈ | **DEN 07:45**PM<br>Denver |

# Payment information

## Total cost

**Air - 4IMCQ8**

| | | |
|---|---|---|
| Base Fare | $ | 261.47 |
| U.S. Transportation Tax | $ | 19.61 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| U.S. Flight Segment Tax | $ | 4.80 |
| **Total** | **$** | **295.98** |

## Payment

**Flight Credit 4XO584**
Date: February 21, 2023

**Payment Amount: $52.00**

**Credit from ticket: #5262420012174 to #5262422922322**
Date: February 14, 2023

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262422922322

# All your perks, all in one place. (Plus a few reminders.)

**Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.

Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

# Prepare for takeoff

**Use our app to make changes to your trip, get a boarding pass, & more.**

Download app now

Download app now

**Earn up to 1,800 Rapid Rewards® points.**
Plus save up to 30% off base rates with Budget®.

Budget®

**Book car >**