Case 4:20-cv-01644   Document 148   Filed on 11/20/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEGALOMEDIA, INC., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:20-cv-01644 |

### ORDER RESETTING STATUS CONFERENCE

Now before the Court is Philadelphia's Motion to Reset the December 5, 2024 Status Conference. (ECF No. 146.) The Court finds that the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Status Conference is reset for **January 10, 2025 at 11:30 a.m.,** at the Bob Casey United States Courthouse, 515 Rusk, Room 8631, Houston, Texas 77002.

SIGNED this 20th day of November, 2024.

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE