UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Megalomedia, Inc., et al.

v.   Case Number: 4:20−cv−01644

Philadelphia Indemnity Insurance Company

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/4/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 5, 2025

Nathan Ochsner, Clerk