## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Megalomedia, Inc., et al.

v.                                    Case Number: 4:20–cv–01644

Philadelphia Indemnity Insurance
Company

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/6/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:    June 3, 2025

Nathan Ochsner, Clerk